

FILED

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 11-cr-442-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER SUBSTITUTING NOTICE TO |
| | ) APPEAR IN LIEU OF BENCH WARRANT |
| JODY WEBER STEWART, | ) |
| Defendant. | ) |

For the reasons set forth in the petition of the United States, the bench warrant previously ordered in the above-captioned case is recalled in lieu of a notice to appear.

GREGORY G. HOLLOWS

Date: October 11, 2011     ~~KENDALL J. NEWMAN~~
                           UNITED STATES MAGISTRATE JUDGE

1