UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>v.                            )<br>                              )<br>JODY WEBER STEWART,           )<br>                              )<br>           Defendant.         )<br>_____) | Case No. 2:11-cr-0442-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release , Case No. 2:11-cr-0442-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the amount of: $45,000.00

   ___ Unsecured Appearance Bond

   _X_ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) Secured bond paperwork to be filed by 11/18/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/03/2011  at  12:46 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge