RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
JODY WEBER STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JODY WEBER STEWART,

      Defendants, et al.
_____/

Case No.  11-0442-GEB

**REQUEST OF DEFENDANT STEWART TO PLACE CASE ON CALENDAR FOR ENTRY OF PLEA OF GUILTY**
_____

     Defendant Jody Weber Stewart, by and through his counsel of record Randy Sue Pollock hereby requests that this Court place his case on calendar for Friday, March 30th for entry of a plea of guilty.  Mr. Stewart has been in custody since March 5, 2012 and has agreed to enter into the plea agreement proposed by the government and submitted to this Court.

///

///

///

1  Assistant United States Attorney Richard Bender has no objection to the change of plea
2  occurring on March 30th.

3  Date:  March 28, 2012                          Respectfully submitted,

                                                 /s/ RANDY SUE POLLOCK
                                                 Counsel for Defendant
                                                 Jody Weber Stewart

10 Defendant Stewart's case is calendared for a status hearing on March 30, 2012, commencing at 9:00 a.m.

11 Dated:  March 29, 2012

                              GARLAND E. BURRELL, JR.
                              United States District Judge